**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CHARLES MAPLES**                                      **CIVIL ACTION**

**VERSUS**                                                       **NO.  13-2535**

**ROBERT TANNER, WARDEN**                       **SECTION "E"(5)**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that the petition of Charles Maples for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 29th day of December, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**